Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLAN BRYANT MURRAY,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant.<br><br>        Defendant.<br>_____/ | CASE NO. 2:13-CV-00866-AC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 16, 2013, by thirty days, to the new response date of October 16, 2013, and that Defendant's brief will be due November 15, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: September 9, 2013

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DONNA L. CALVERT
                                                  Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                             */s/ Theophous H. Reagans*
ANN M. CERNEY,                                THEOPHOUS H. REAGANS,
Attorney for Plaintiff                              (As authorized via E-mail on 09/09/13)
                                                  Special Assistant U S Attorney
                                                  Attorneys for Defendant

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8       **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                   —o0o—

10 KELLAN BRYANT MURRAY,                CASE NO. 2:13-CV-00866-AC

11              Plaintiff,              **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
14
                Defendant.
15 _____/

16      Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19      Plaintiff shall file his Motion For Summary Judgment on or before October 16, 2013.

20      SO ORDERED.

21

22 DATED: September 10, 2013

23

24                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

---

2

STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT