BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Assistant United States Attorney
Chief, Civil Division
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KELLAN BRYANT MURRAY, | CIVIL NO. 2:13-CV-00866-AC |
| Plaintiff, | STIPULATION FOR EXTENSION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed.  The same was true for most Executive agencies, including the Social Security Administration.  Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

    Notwithstanding the return of all attorneys, the Office of the General

1  Counsel for the Social Security Administration has a substantial backlog of work as a result of
2  this lapse in appropriations.  The Office of the General Counsel is working diligently to prioritize
3  and work through this backlog as efficiently as possible.  As such, the Acting Commissioner
4  requests a 35-day extension of time for filing the Commissioner's Opposition to Plaintiff's
5  Motion for Summary Judgment.
6      Accordingly, the parties stipulate and agree, subject to the Court's approval, that the time
7  for Defendant to file a Memorandum in Support of Defendant's Answer is extended from
8  November 18, 2013 to December 23, 2013.  The parties request this extension in good faith, with
9  no intent to prolong proceedings unduly.  Counsel for Defendant apologizes for any
10 inconvenience caused by this delay.

Date: November 20, 2013            /s/ Ann Cerney
                                   ANN CERNEY
                                   Attorney for Plaintiff

Date: November 20, 2013            BENJAMIN B. WAGNER
                                   United States Attorney


                            By:    /s/ Theophous H. Reagans
                                   THEOPHOUS H. REAGANS
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: December 17, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE